**Order entered December 20, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01052-CV

## IN RE KEITH ROSS, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-03754**

## ORDER
Before Justices Lang, Myers, and Whitehill

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **LIFT** the Court's September 18, 2018 stay of all trial court proceedings.

/s/     DOUGLAS S. LANG
         JUSTICE